1146

No. 95–945. GUMPORT, TRUSTEE OF THE BANKRUPTCY ESTATE OF TRANSCON LINES v. STERLING PRESS, INC. C. A. 9th Cir. Certiorari denied.

No. 95–973. JENKINS v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–976. KOLODZIECZAK ET AL. v. FRIEND ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1004. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND v. RHEEM MANUFACTURING CO. C. A. 8th Cir. Certiorari denied.

No. 95–1009. HORTON v. MONROE SYSTEMS FOR BUSINESS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1011. MCDANIELS v. FLICK ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1017. GENERAL SIGNAL CORP. v. MCI TELECOMMUNICATIONS CORP. C. A. 9th Cir. Certiorari denied.

No. 95–1024. GETTER v. WAL-MART STORES, INC. C. A. 10th Cir. Certiorari denied.

No. 95–1026. MURRAY & MURRAY CO., L. P. A. PROFIT-SHARING PLAN AND TRUST, ET AL. v. SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY (PERFORMANCE INDUSTRIES, INC., FKA MR. GASKET CO., INC., REAL PARTY IN INTEREST). Ct. App. Ariz. Certiorari denied.

No. 95–1027. MIRIN v. EYERLY ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1038. LEMOND CONSTRUCTION CO. v. WHEELER, ADMINISTRATOR OF ESTATE OF WHEELER. Sup. Ct. Ala. Certiorari denied.

No. 95–1042. KRAEBEL, DBA BARKLEE REALTY CO. v. NEW YORK CITY DEPARTMENT OF FINANCE. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 95–1044. NORFOLK & WESTERN RAILWAY CO. ET AL. v. CERNEY. Ct. App. Ohio, Cuyahoga County. Certiorari denied.